AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>570 North Hamilton Street, Chandler, Arizona 85225. | Case No. 22-091 MB |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-1.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before _April 22, 2022_ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days (*not to exceed 30*) ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _April 8, 2022 @ 3pm_ _____
                                                        *Judge's signature*

City and state: <u>Phoenix, Arizona</u>          <u>Honorable MICHELLE H. BURNS, U.S. Magistrate Judge</u>
                                                        *Printed name and title*

## ATTACHMENT A-1 – SUBJECT PREMISES

*Place to be searched:* **570 North Hamilton Street, Chandler, Arizona 85225**



570 North Hamilton Street, Chandler, Arizona 85225 is a one-story single-family residence. The house has a gray base color with white trim and attic area. The front door of this home faces east. The driveway to the residence joins Hamilton Street on the northeast side of the property. The home has gray roof shingles. A large, rectagular, single-pane window sits to the left of a white steel security screen that covers the front door. A white metal mailbox is affixed to the other side of the security screen. The numerals "570" are written in white above the mailbox. The numerals "570" also are

painted on the curb in front of the house, next to the driveway, in black paint within a white painted rectangle.  The front porch is covered by a wooden awning that matches the color of the wood fence that runs north and south along the east side of the property, to the west of the sidewalk.  The numerals "570" are written in black on the north end of this fence.  The front yard of the property is grass.

## ATTACHMENT B

*Property to be seized*

The items to be seized are evidence, contraband, fruits, and/or instrumentalities of violations of Title 18, United States Code, Sections 641 (Theft of Government Property); 1343 (Wire Fraud); 1349 (Attempt and Conspiracy to commit Mail and Wire Fraud); and 1956 (Money Laundering) (the "SUBJECT OFFENSES"):

1. For the period of January 1, 2020, to the present, records, documents, correspondence, faxes, and e-mails sent to and received from any individual regarding eligibility for, applications for and/or the receipt of Unemployment Insurance, including obtaining and using debit cards to access Unemployment benefits.

2. For the period of January 1, 2020, to the present, records, documents, correspondence, faxes, and e-mails sent to and received from any State Workforce Agency including the Arizona Department of Economic Security and/or California Employment Development Department, including any applications for Unemployment Insurance.

3. For the period of January 1, 2020, to the present, records and documents containing information, including Personally Identifiable Information, e.g., names, Social Security Numbers, dates of birth, addresses, phone numbers, and driver's license numbers, to be used in support of any application for Unemployment Insurance, and/or any claim of continuing eligibility for Unemployment Insurance.

4. For the period of January 1, 2020, to the present, checks and debit cards received from any State Workforce Agency including the Arizona Department of Economic Security.

5.    For the period of January 1, 2020, to the present, payroll and personnel records, receipts, IRS Forms W-2, IRS Forms W-4, IRS Forms 1099, State and Federal Tax Returns.

6.    Copies of and actual driver licenses, state identification cards, passports, and other forms of identification.

7.    Indicia of occupancy, residency, control, and/or ownership of the SUBJECT PREMISES, including utility bills, telephone bills, loan payment receipts, rent documents, keys, photographs, and bank records.

8.    For the period of January 1, 2020, to the present, bank records or records received from financial institutions, including debit cards; correspondence regarding debit card accounts; wire transfer records; bank statements and associated transactional records; money drafts; letters of credit; safety deposit box keys and records; checkbooks; money wrappers; money containers; income tax records; payroll records; credit cards; and any other records of financial transactions that reflect the disposition and/or allocation of monies.

9.    Cash or cash equivalents such as pre-paid cards in excess of $500.

10.    For the period of January 1, 2020, to the present, records relating to the acquisition, secreting, transfer, concealment, and/or expenditure of money.

11.    For the period of January 1, 2020, to the present, records relating to financial transactions at casinos and/or other gaming facilities.

12.    Any electronic storage media which is itself or which contains evidence, contraband, fruits, or instrumentalities of the SUBJECT OFFENSES, and forensic copies thereof.

13.    With respect to any electronic storage media containing evidence falling within the scope of the foregoing categories of items to be seized:

2

a.      evidence of who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, e-mail, e-mail contacts, chat and instant messaging logs, photographs, and correspondence;

b.      evidence of the presence or absence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c.      evidence of the attachment of other devices;

d.      evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the device;

e.      evidence of the times the device was used;

f.      passwords, encryption keys, biometric keys, and other access devices that may be necessary to access the device;

g.      applications, utility programs, compilers, interpreters, or other software, as well as documentation and manuals, that may be necessary to access the device or to conduct a forensic examination of it;

h.      records of or information about Internet Protocol addresses used by the device;

i.      records of or information about the device's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed wegb addresses.

3

As used herein, the terms "records," "documents," "programs," "applications," and "materials" include records, documents, programs, applications, and materials created, modified, or stored in any form, including in digital form on any digital device and any forensic copies thereof.

As used herein, the term "electronic storage media" includes any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as telephone paging devices, beepers, mobile telephones, and smartphones; digital cameras; gaming consoles (including Sony PlayStations and Microsoft Xboxes); peripheral input/output devices, such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices, such as modems, routers, cables, and connections; storage media, such as hard disk drives, floppy disks, memory cards, optical disks, and magnetic tapes used to store digital data (excluding analog tapes such as VHS); and security devices.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, slides, negatives, videotapes, motion pictures, or photocopies).  This shall include records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored

4

communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the computer, electronic device, or other storage medium.